IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

OHIO VALLEY ENVIRONMENTAL COALITION,
WEST VIRGINIA HIGHLANDS CONSERVANCY,
WEST VIRGINIA RIVERS COALITION,
and SIERRA CLUB,

          Plaintiffs,

v.               CIVIL ACTION NO.  2:15-1371

FOAL COAL COMPANY, LLC,

          Defendant.

## ORDER

Given the resolution of Phase I of this case, the Court **ORDERS** the parties to conduct a Rule 26(f) meeting for Phase II **by Monday, June 19, 2017**, and to file their report of the Rule 26(f) meeting **by Monday, June 26, 2017**.  The Court will enter a new scheduling order for Phase II after receiving this report.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:   June 5, 2017

_____
ROBERT C. CHAMBERS, CHIEF JUDGE