IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**OHIO VALLEY ENVIRONMENTAL**
**COALITION, et al.,**

        **Plaintiffs,**

**v.**                                      Civil Action No. 2:15-cv-1371
                                               (consolidated with 2:10-1199; 2:13-5006;
                                               2:13-21588; and, 2:13-16044)

**FOLA COAL COMPANY, LLC,**

        **Defendant.**

**ORDER**

For reasons apparent to the Court, **IT IS HEREBY ORDERED:**

1.     The motion by Plaintiff Ohio Valley Environmental Coalition's Rule 21 Motion to Withdraw from this Action is hereby **GRANTED**, and that organization shall be **DROPPED** as a Plaintiff from this Action; and

2.     The caption of this action shall be **AMENDED** accordingly.

The Clerk is directed to transmit copies of this order to all counsel of record and to any unrepresented parties.

ENTER: 12/17/21

                                                                     ROBERT C. CHAMBERS
                                                                     UNITED STATES DISTRICT JUDGE